IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **1800 FARRAGUT INC.**, d/b/a The Borough Pub,<br><br>Plaintiff,<br><br>v.<br><br>**UTICA FIRST INSURANCE COMPANY**,<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 20-3449-KSM** |

## ORDER

**AND NOW**, this 16th day of September, 2021, upon consideration of Plaintiff's Motion on the Issue of Targeted Discovery Related to the Virus Exclusion (Doc. No. 14), Defendant's Response in Opposition (Doc. No. 15), Plaintiff's Reply (Doc. No. 16), Defendant's Sur-Reply (Doc. No. 17), and Plaintiff's Sur-Sur-Reply (Doc. No. 18), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Motion (Doc. No. 14) is **DENIED**.

**IT IS FURTHER ORDERED** that lead counsel for the parties shall attend a **telephonic STATUS CONFERENCE** on **September 21, 2021** at **2:00 p.m.**[1]

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] Chambers will circulate the dial-in information via email before the conference.